UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CARLOS ARGUELLES DELGADO, | : | CASE NO. 1:21-cv-11134 |
| | : | |
| Plaintiff, | : | JUDGE GORTON |
| | : | |
| v. | : | |
| | : | |
| VALENTINE & KEBARTAS, LLC, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL AGREEMENT

Pursuant to Rule 41(a) (1) (A)(ii) of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate that all claims of all parties including, if any, all cross claims, counterclaims, and third-party claims that were or could have been asserted by either party are hereby dismissed with prejudice, without costs, and with all rights of appeal waived.

Respectfully submitted                    Respectfully submitted
Plaintiff:                                Defendant:

*/s/ Kegan Moody*                         */s/ Andrew M. Schneiderman*

Kegan Moody, Esq.                         Andrew M. Schneiderman (BBO #666252)
BBO#: 705674                              O'Hagan Meyer, PLLC
Of Counsel                                111 Huntington Avenue, Suite 2860
Blumsack and Canzano, P.C.                Boston, MA 02199
867 Boylston Street, 5th Floor            Telephone:   (617) 843-6800
Boston, MA 02116                          Facsimile:   (617) 843-6810
(401) 559-3371                            aschneiderman@ohaganmeyer.com
kegan@mybostonlawfirm.com

                                          *Counsel for Defendant*

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Filing. I am unaware of any unregistered participants.

Andrew M. Schneiderman (BBO #666252)
O'Hagan Meyer, PLLC
111 Huntington Avenue, Suite 2860
Boston, MA 02199
aschneiderman@ohaganmeyer.com

Sincerely,

Dated: October 29, 2021

/s/ Kegan Moody

_____
Kegan Moody, Esq.
Of Counsel
Blumsack and Canzano, P.C.
867 Boylston Street, 5th Floor
Boston, MA 02116